**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

**LORENSO FRANCISCO MANSO-GODINES #A240-673-875** — **CASE NO. 1:26-CV-02836 SEC P**

**VERSUS** — **JUDGE JAMES D. CAIN, JR.**

**TIM WILLIAMS** — **MAGISTRATE JUDGE PEREZ-MONTES**

# MEMORANDUM ORDER

Before the court is a petition for writ of habeas corpus filed on July 31, 2026. Upon review of the record, the Court finds that the plaintiff's suit is not in proper form for the following reasons:

> Plaintiff has failed to submit either the $5.00 to file a petition for writ of habeas corpus or a completed application to proceed *in forma pauperis*. **Plaintiff must either send $5.00 or a completed *in forma pauperis* application on approved forms in order to proceed.**

In accordance with the above,

**IT IS HEREBY ORDERED** that plaintiff, within thirty (30) days of the date of this order, amend the pleadings by submitting the information indicated above to the following address: **Clerk of Court, 300 Fannin Street, Suite 1167, Shreveport, LA 71101-3083.**

**FAILURE TO AMEND THE PLEADINGS AS INDICATED ABOVE WILL RESULT IN THE PLEADINGS IN THE INSTANT PETITION BEING STRICKEN FROM THE RECORD.**

THUS DONE in Chambers on this 5th day of August, 2026.

Joseph H. L. Perez-Montes
United States Magistrate Judge

w/Enclosures to plaintiff: IFP application